18, 1908.) Action by Raffael Luongo against Hyman Davis. No opinion. Motion denied, with $10 costs. Order filed.

LYNCH v. NEW YORK EVENING JOURNAL CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Helena Lynch against the New York Evening Journal Company. No opinion. Leave granted to remove papers from files. Settle order on notice.

McARTHUR, Respondent, v. CENTRAL UNION GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Margaret McArthur, as administratrix, against the Central Union Gas Company. J. V. Bouvier, for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,500, in which event, judgment, as so modified, and order, affirmed without costs. Settle order on notice.

McCOLLUM, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Alexander J. McCollum against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

McCORD v. THOMPSON STARRETT CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by William H. McCord against the Thompson Starrett Company. No opinion. Motion denied, with $10 costs. Order filed.

McFADDEN, Appellant, v. INNES, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Louis F. McFadden against John A. Innes. T. D. Rambaut, for appellant. E. W. Persons, for respondent.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 60 Misc. Rep. 543, 112 N. Y. Supp. 912.
INGRAHAM, J., dissents.

McGIBBON, Respondent, v. HOUSMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Peter McGibbon against Jacob I. Housman. No opinion. Order affirmed, with $10 costs and disbursements.

In re McINTOSH. (Supreme Court, Appellate Division, First Department. December 18, 1908.) In the matter of Janet McIntosh. No opinion. Motion granted, with $10 costs. Order filed.

McKEY, Respondent, v. SCHEIDERER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by John McKey against Mary Scheiderer and others.
PER CURIAM. The judgment should be modified, by striking out the provision therein that from the balance of the purchase money there should be deducted the sum of $353.62 costs and disbursements, and providing that the plaintiff recover of the defendants Gruet and Scheiderer the said sum of $353.62 costs and disbursements, and, as so modified, affirmed, with costs.

McMANUS, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Caroline E. McManus against the City of Troy. No opinion. Judgment unanimously affirmed, with costs.

McMANUS, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Action by Caroline F. McManus against the City of Troy. No opinion. Motion denied.

McNAMARA, Respondent, v. CITY OF YONKERS, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Mary Ann McNamara against the City of Yonkers. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $4,000, in which event the judgment, as modified, and order, are unanimously affirmed, without costs.

McNICKLE, Appellant, v. DELANEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Andrew F. McNickle against Bridget Delaney and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

McNULTY et al., Respondents, v. ANDREW J. ROBINSON CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Patrick H. McNulty and Thomas J. McNulty, doing business under the firm name and style of McNulty Bros., against the Andrew J. Robinson Company and another. No opinion. Judgment unanimously affirmed, with costs.

MAGAGNOS v. OHMEIS. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Everitt Magagnos against P. H. Ohmeis. No opinion. Motion denied, with $10 costs. Order filed.

MAGGIE v. A. H. MEYER CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Providenza Mag-